United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Ken Fenell, et al., | NO. C 11-01770 JW |
| Plaintiffs, | **ORDER RE. HEARING ON MOTION** |
| v. | |
| Samantha Spratt-Smith, et al., | |
| Defendants. | |

    Presently before the Court is Defendant's [sic] Opposition to Plaintiff's [sic] Ex Parte Application for Order Shortening Time for Hearing on Motion to Remand.  (Docket Item No. 13.) Upon review of Defendants' Opposition, the Court is not persuaded that Plaintiffs' Motion to Remand an unlawful detainer action cannot be briefed and heard on the schedule set forth in the Court's May 11, 2011 Order.  (See Docket Item No. 12.)

Dated: May 12, 2011

                                                  JAMES WARE
                                                  United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Holly S. Burgess hollyburgess@lohsb.com
Scott Michael Harris scottharrislaw@sbcglobal.net

**Dated: May 12, 2011**                                     **Richard W. Wieking, Clerk**

                                                            **By:     /s/ JW Chambers**
                                                                **Susan Imbriani**
                                                                **Courtroom Deputy**